| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/19/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Bank | DQV, LLC Real Estate Loan | N |
| 2. | Troy Bank and Trust Company | Turkey Mountain Real Estate Loan | L |
| 3. | Regions Bank | Line of Credit | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Southern Company | A | Dividend | J | T | | | | | |
| 36. LPL Finl IRA Acct Brokerage Cash-Ins. Deposit Fnd *See VIII | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | R –Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/19/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Line 1 is a commercial restaurant property o   ned 51% by filer and located in the County of Pike, City of Troy, Alabama. The undeveloped real estate was purchased on August 16, 1994, for $140,000. The commercial restaurant was constructed and placed into service on February 10, 1995, at a cost of $365,000, for a total cost of construction and undeveloped land of $495,000. The property is owned by a limited liability company, which, in turn, is owned 51% by the filer. The filer's ownership of the L.L.C., when it was formed on July 26, 1994, was 45%. The filer acquired an additional 6% ownership by gift on October 10, 2003. Except for the portion received by gift,  he cost of the ownership units of the L.L.C. is equivalent to the cost of the undeveloped real property together with construction cost of the commercial restaurant located thereon.

VII. Line 5 was purchased on August 23, 2005, for $27,500.

VII. Lines 15 and 18. These are money market cash accounts with Wells Fargo Advisors. These accounts are the same accounts listed in the prior year report as being held by A.G. Edwards & Sons. In January 2009, A.G.Edwards & Sons was merged by its parent company, Wachovia Bank, N.A., into Wachovia Securities. In July 2009, Wachovia Securities was merged by its parent company, Wells Fargo Company, into Wells Fargo Securities. Name change only.

VII. Line 19. Formerly reported as Wachovia Bank stock. Wachovia Bank stock was converted to Wells Fargo stock by acquisition in 2009.

VII. Line 36 is a money market account held within          IRA account at LPL Financial Corporation. Judge was unaware of the account until Judge's CPA was hired recently to assist with preparation of this report. This account represents brokerage cash from the          IRA account held at LPL Financial.          originally opened the predecessor to the current account at Raymond James Financial Services, Inc. in June 2006 by rolling over     vested retirement benefits from Attentus Healthcare Company. Most of the rollover money was used to purchase the American Funds Capital Income Builder Class F Shares shown on Line 25. A small balance was retained in brokerage cash in the IRA account. On May 21, 2007, the IRA account at Raymond James Financial Services, Inc., was transferred to LPL Financial Corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544